MINUTE ENTRY
AFRICK, J.
February 22, 2021
JS-10 00:25

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL R. HOLMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12749** |
| **CORBETT REDDOCH, ET AL.** | **SECTION I** |

## ORDER

On this date the Court held a telephone status conference with counsel for all parties participating to discuss the defendants' pending motion for summary judgment. The Court sought to determine whether the defendants intend to challenge Holmes's First-Amendment and unlawful-search claims, as well as other state-law claims, which were not addressed in the defendants' motion. The defendants responded that they thought the Court had already disposed of those claims. The Court, in order to better determine whether a trial in this case is warranted, ordered supplemental briefing, as detailed below.

The Court also again specifically advised Holmes that it will consider only those claims fairly raised in Holmes's original and amended complaints. The Court has ordered Holmes to provide supplemental memoranda delineating his claims on several occasions,[1] and he has never sought to leave to amend his complaints. Since

---

[1] R. Doc. Nos. 23, 35, 45.

1

Holmes has had more than enough time to amend his complaint to add new claims but has not done so,[2] he will be held to the claims fairly raised in his original and amended complaints.[3]

Pursuant to the discussion during the conference,

**IT IS ORDERED** that the defendants, no later than **MONDAY, MARCH 1, 2021**, shall file a supplemental memorandum addressing the claims listed below—including whether and to what extent the defenses argued in the defendants' motion for summary judgment apply thereto:

(1) the First-Amendment, freedom-of-expression claim relating to photography;

(2) the First-Amendment, freedom-of-speech claim relating to Holmes's alleged statements to the officers and the alleged retaliation therefor;

(3) the Fourth-Amendment, unreasonable-search claim relating to the search of Holmes's person—in particular, the search that revealed Holmes's identification;

(4) the Fourth-Amendment, unreasonable-search claim relating to Holmes's vehicle;

(5) whether Sheriff Turlich is liable in his official capacity, under the theory of respondeat superior, for the individual officers' state-law liability; and

(6) whether Sheriff Turlich is liable in his official capacity under a state-law theory of negligent hiring, training, supervision, etc.

**IT IS FURTHER ORDERED** that Holmes, no later than **MONDAY, MARCH 8, 2021**, shall file a memorandum responding to the defendants'

---

[2] Although Holmes has amended his complaint once, that amendment only clarified the names of two defendants; it said nothing about his claims. R. Doc. No. 5.
[3] To be perfectly clear, the Court will consider only those claims listed under the "Causes of Action" section of the complaint. *See* R. Doc. No. 1, at 10–11.

2

memorandum. To the extent Holmes no longer intends to pursue any of his claims, he shall indicate as much in the memorandum.

**IT IS FURTHER ORDERED** that the trial in this matter is **CONTINUED** to **MONDAY, MAY 10, 2021 at 8:30 A.M.**

**IT IS FURTHER ORDERED** that the final pretrial conference will be held by telephone on **TUESDAY, APRIL 6, 2021 at 9:00 A.M.** Counsel shall provide their contact information to the Court at least two business days prior to the conference. The Court will initiate the conference.

New Orleans, Louisiana, February 22, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**